COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-12-00302-CR |
| | § | |
| | § | AN ORIGINAL PROCEEDING |
| IN RE:   DAVID BARRON, | § | IN MANDAMUS |
| | § | |
| Relator. | § | |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a petition for writ of mandamus filed by David Barron, Relator, in which he complains that the 210th District Court failed to set a bond after granting his motion for new trial.   Respondent has since set a bond and Relator has filed a motion to withdraw his petition for writ of mandamus.   We therefore dismiss Relator's petition for writ of mandamus as moot.   *See In re Woods*, 261 S.W.3d 340, 341 (Tex.App.–Waco 2008, orig. proceeding); *In re Jaramillo*, 164 S.W.3d 774, 775 (Tex.App.–Texarkana 2005, orig. proceeding).


GUADALUPE RIVERA, Justice

October 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)